[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
July 01, 2005
THOMAS K. KAHN
CLERK

No. 04-15677
Non-Argument Calendar
_____

D. C. Docket No. 02-03030-CV-JTC-1

LINDA V. HILL,

Plaintiff-Appellant,

versus

NORFOLK SOUTHERN RAILWAY COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(July 1, 2005)

Before BLACK, HULL and WILSON, Circuit Judges.

PER CURIAM:

Linda V. Hill appeals the district court's grant of defendant Norfolk Southern Railway Company's (Norfolk's) motion for summary judgment in her action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, and 42 U.S.C. § 1981. Norfolk's motion for summary judgment was unopposed because the district court struck Hill's belated response to the motion. Hill does not appeal the striking of her response. As such, Hill has abandoned any argument the district court should have accepted her late-filed response. *See Allison v. McGhan Med. Corp.*, 184 F.3d 1300, 1317 n.17 (11th Cir. 1999) (holding "[i]ssues that are not clearly outlined in an appellant's initial brief are deemed abandoned"). Because Norfolk presented evidence it was entitled to summary judgment in that it had a legitimate non-discriminatory reason for its action, and Hill did not respond, the district court did not err in granting summary judgment in Norfolk's favor.

AFFIRMED.